UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF MASSIMO and ELENA VIGNELLI and VIGNELLI DESIGNS, INC.<br><br>Plaintiffs,<br>v.<br><br>RIZZOLI INTERNATIONAL PUBLICATIONS, INC, MONDADORI LIBRI S.P.A., MONDADORI ELECTA S.P.A., BEATRIZ CIFUENTES-CABALLERO, individually and as an officer of WATERHOUSE CIFUENTES DESIGN, LLC, and WATERHOUSE CIFUENTES DESIGN, LLC<br><br>Defendants. | No. 1:19-CV-01584<br><br>ECF Case<br><br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears in the above captioned case as counsel for plaintiffs, The Estate of Massimo and Elena Vignelli and Vignelli Designs, Inc. and request to be copied on all further correspondence, pleadings and papers relating to the above matter.

Date: March 18, 2019

/s/Antoaneta V. Tarpanova
Antoaneta V. Tarpanova, Esq.
CHINTA PERODMO BERKS & FRATANGELO LLP
17 State Street, Suite 4000
New York, New York 10004
atarpanova@chintaperdomo.com
Tel. (212) 274-1261

*Attorneys for Plaintiffs*