UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-19

ESTATE OF MASSIMO AND ELENA
VIGNELLI, ET AL.,

                              Plaintiff,

-against-

RIZZOLI INTERNATIONAL
PUBLICATIONS, ET AL.,

                              Defendants.

19 Civ. 1584 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

All briefing in the above-captioned matter is suspended.

Counsel shall appear for a conference on November 21, 2019 at

9:00 AM in Courtroom 12A, located at 500 Pearl Street, New York,

NY.

        **SO ORDERED.**

Dated:     New York, New York
           November 14, 2019

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1