```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ESTATE OF MASSIMO AND ELENA VIGNELLI, ET AL.,<br><br>    Plaintiffs,<br><br>-against-<br><br>RIZZOLI INTERNATIONAL PUBLICATIONS, ET AL.,<br><br>    Defendants. | 19 Civ. 1584 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of the parties' settlement, the Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:   New York, New York
         June 12, 2020

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge

1